UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAYMOND PADILLA,<br><br>                    Plaintiff,<br><br>       v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                    Defendants. | Case No. 2:20-cv-0066-KJD-VCF<br><br>ORDER |

Presently before the Court are Plaintiff's Objections (#4/8) to the Magistrate Judge's Order (#3) and Motions to Amend (#7/9). Having read and considered the motions to amend, and good cause being found, the motions are granted. The first amended complaint will be referred to the magistrate judge for screening. The Court finds that Plaintiff's amended complaint resolves the pleading issues recognized by the magistrate judge in the first screening.

However, Plaintiff must comply with 28 U.S.C. § 1915(a)(2). Acquiring a certified trust account statement is not difficult. They are routinely provided to incarcerated persons by the detention center. Accordingly, Plaintiff has thirty (30) days from the entry of this order to submit a new application to proceed *in forma pauperis* with the appropriate certified trust account statement attached, or pay the full filing fee.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motions to Amend (#7/9) are **GRANTED**;

IT IS FURTHER ORDERED that Plaintiff's Objections (#4/8) are **GRANTED in part and DENIED in part**;

IT IS FURTHER ORDERED that the Clerk of the Court filed the amended complaint attached to Plaintiff's Motion (#9);

IT IS FURTHER ORDERED that Plaintiff file a new application to proceed *in forma*

*pauperis* or pay the full filing fee within thirty (30) days of the entry of this order;

IT IS FURTHER ORDERED that the magistrate judge will screen the amended complaint upon filing of the application to proceed *in forma pauperis*.

Dated this 5th day of October 2020.

_____
Kent J. Dawson
United States District Judge