# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

RAYMOND PADILLA,

     Plaintiff,

vs.

STATE OF NEVADA, *et al*.,

     Defendant.

Case No. 2:20-cv-00066-KJD-VCF

**AMENDED ORDER**

   The Court's previous order (ECF No. 13), which screened plaintiff's amended complaint (ECF No. 11), contained a typographical error which directed the Clerk to file the plaintiff's original complaint (ECF No. 1-1) on the docket (See ECF No. 13 at 9) instead of the plaintiff's amended complaint (ECF No. 11). The Court acknowledges that the typographical error caused the Clerk to docket the wrong complaint (ECF No. 14).

   ACCORDINGLY,

   IT IS ORDERED that the Clerk of Court STRIKE ECF No. 14 from the docket.

   IT IS FURTHER ORDERED that the Clerk of Court file the amended complaint (ECF No. 11) on the docket.

## <u>NOTICE</u>

   Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file

objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**

IT IS SO ORDERED.

DATED this 12th day of November 2020.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE