UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAYMOND PADILLA,<br><br>                Plaintiff,<br><br>   v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                Defendants. | Case No. 2:20-cv-0066-KJD-VCF<br><br>ORDER |

       Presently before the Court is Plaintiff's Objections (#17) to the magistrate judge's Order (#13). The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The magistrate judge's order appropriately preserved Plaintiff's Fourth Amendment and Fourteenth Amendment claims against individual defendants while dismissing the Fifth, Eighth and Fourteenth Amendment (Equal Protection) claims. While Plaintiff's objections do not change the analysis, it appears that the proposed amended complaint (#18-1) clarifies and corrects some of the deficiencies in his original amended complaint especially relating to Plaintiff's <u>Monell</u> claim and Wrongful Conviction claims. However, that proposed amendment was denied without prejudice by the magistrate judge due to Plaintiff's pending objections.

       Accordingly, IT IS HEREBY ORDERED that the Court determines that the Order (#13) of the United States Magistrate Judge entered November 10, 2020, is **AFFIRMED**.

///

///

///

///

///

IT IS FURTHER ORDERED that Plaintiff has twenty-one (21) days to renew his motion to file an amended complaint. Upon notice of his intention to renew the motion to amend originally filed on December 10, 2020, the magistrate judge will screen the amended complaint and issue an order.

DATED this 31st day of August 2021.

                                                The Honorable Kent J. Dawson
                                                   United States District Judge