**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

RAYMOND PADILLA,

        Plaintiff(s),

v.

OFFICER R. KNICKERBOCKER AND OFFICER D. REITZ,

        Defendant(s).

2:20-cv-00066-KJD-VCF

**ORDER**

Before me is plaintiff's motion for leave to file supplemental complaint (ECF No. 40).

No opposition has been filed and the time to file an opposition has passed.

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

I ORDER that any opposition to plaintiff's motion for leave to file supplemental complaint (ECF No. 40) must be filed on or before May 16, 2022. If defendants do not file an opposition by May 16, 2022, plaintiff's motion for leave to file supplemental complaint (ECF No. 40) may be granted.

DATED this 9th day of May 2022.

                                            CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE