# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RAYMOND PADILLA, | |
| Plaintiff(s), | 2:20-cv-00066-KJD-VCF |
| v. | **ORDER** |
| OFFICER R. KNICKERBOCKER AND OFFICER D. REITZ, | |
| Defendant(s). | |

Before me are plaintiff's motion for leave to file supplemental complaint (ECF No. 40) and motion for hearing on the motion for leave to file supplemental complaint (ECF No. 41).

The court ordered that any opposition to plaintiff's motion for leave to file supplemental complaint be filed by May 16, 2022. (ECF No. 45)

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. To date, no opposition has been filed. It would appear that defendants have consented to the granting of ECF No. 40.

Accordingly,

I ORDER that plaintiff's motion for leave to file supplemental complaint (ECF No. 40) is GRANTED. The Clerk of Court is directed to file plaintiff's complaint (ECF NO. 40-1).

I FURTHER ORDER that motion for hearing on the motion for leave to file supplemental complaint (ECF No. 41) is DENIED as MOOT.

DATED this 23rd day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE