# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

RAYMOND PADILLA,

    Plaintiff(s),

v.

OFFICER ROBERT KNICKERBOCKER, OFFICER DARYL REITZ, OFFICER ALEX OCHOA, OFFICER DAVID BROOKS, PATRICK FISCHER, KIMBERLY SPANNENBERGER, ELIZABETH A. MERCER, GENEVIEVE CRAGGS, AGNES M. LEXIS,

    Defendant(s).

2:20-cv-00066-KJD-VCF

**ORDER**

Before the Court are the motion for print out of motions (ECF No. 68) and motion for objections (hearing requested) (ECF Nos. 69 and 70).

While "prisoners have a constitutional right of access to the courts," *Bounds v. Smith*, 430 U.S. 817, 821 (1977), there is no constitutional right to receive photocopies free of charge. *Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir. 1990), overruled on other grounds by *Lewis v. Casey*, 518 U.S. 343, 351 (1996). The rule prohibiting free photocopies is the same for plaintiffs proceeding *in forma pauperis*. *See In re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990) (Title 28 U.S.C. section 1915 "waives only 'prepayment of fees and costs and security ...' " [but] does not give the litigant a right to have documents copied and returned to him at government expense). Plaintiff has not shown he has been denied access to obtaining his own copy and, therefore, his request for free copies of the pending motions is denied.

Under LR 10-1, an attorney or pro se party who wishes to receive a file-stamped copy of any pleading or other paper must submit one additional copy and, if by mail, a self-addressed, postage-paid envelope. A party who is granted leave to proceed in forma pauperis need not submit a self-addressed, postage-paid envelope.

1

1    Copies of court filings must be obtained through the clerk's office. The court's schedule of fees is
2    attached, and the copying cost fees are highlighted.
3    In plaintiff's motion for objections and hearing (ECF Nos. 69 and 70), plaintiff is moving to
4    exclude (1) information concerning his prior convictions; (2) information concerning Plaintiff's alleged
5    gang affiliation; and (3) information and/or photos concerning District Court Case No. C-16-318579-1,
6    and Nevada Supreme Court Case No. 73353. Plaintiff's motion is a premature motion in limine. Plaintiff
7    may re-file at the appropriate time.
8    Accordingly,
9    IT IS HEREBY ORDERED that the motion for print out of motions (ECF No. 68) is DENIED.
10   IT IS FURTHER ORDERED that motion for objections (hearing requested) (ECF Nos. 69 and
11   70), is DENIED without prejudice.

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may

result in dismissal of the action.

    IT IS SO ORDERED.

    DATED this 22nd day of February 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE



# U.S. DISTRICT COURT
# DISTRICT OF NEVADA

Hon. Miranda M. Du, Chief Judge

**COURT INFORMATION**   **RULES / ORDERS / PLANS**   **COVID-19**   **CASE INFORMATION**

**JURORS**   **ATTORNEYS**   **SELF HELP**

Home  >  Court Information  >  Fee Schedule

| FEE NAME | DESCRIPTION | FEE | EFFECTIVE DATE |
|---|---|---|---|
| Apostille | For issuance of an apostille of any document filed with the court. | $47.00 | 10/1/2019 |
| Appeal to District Judge | To file an appeal of a judgment of conviction by a Magistrate Judge in a misdemeanor case. | $39.00 | 12/1/2020 |
| Appeal to Ninth Circuit Court of Appeals | To file an appeal with the Ninth Circuit Court of Appeals. Includes the clerk's $5.00 filing fee and the $500.00 court of appeals docketing fee. Fees are to be paid at the district court. | $505.00 | 12/1/2016 |
| Certificate of Good Standing | For a duplicate certificate of admission or a certificate of good standing. | $20.00 | 12/1/2020 |
| Certification | To certify any document or paper filed with the court, whether the certification is made directly on the document or by separate instrument. | $11.00 | 12/1/2016 |
| Civil Filing Fee | $350 filing fee plus $52 administrative fee; admin fee does not apply to persons granted in forma pauperis status under 28 U.S.C. 1915. | $402.00 | 12/1/2020 |
| Copying Electronic Format | For Court staff to reproduce any document from an electronic format, $.10 per page. This fee does not include certification. | $0.10 | 12/1/2016 |
| Copying Non-electronic | For Court staff to reproduce any paper record that is not electronic, $.50 per page. This fee does not include certification. | $0.50 | 12/1/2016 |
| Cuban Liberated Civil Filing Fee | For filing an action brought under Title III of the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996. This fee is in addition to the standard $400.00 filing fee. | $6,800.00 | 12/1/2020 |
| Exemplification | For exemplification of any document filed with the court. | $23.00 | 12/1/2020 |



# U.S. DISTRICT COURT
# DISTRICT OF NEVADA

Hon. Miranda M. Du, Chief Judge

COURT INFORMATION　　RULES / ORDERS / PLANS　　COVID-19　　CASE INFORMATION

JURORS　　ATTORNEYS　　SELF HELP

| | | | |
|---|---|---|---|
| Petition for Writ of Habeas Corpus | To file a petition for writ of habeas corpus. | $5.00 | 12/1/2016 |
| Power of Attorney | To file a power of attorney. | $49.00 | 12/1/2020 |
| Recorder Audio CDs | For a copy of an audio recording of a court proceeding that was not reported by an official court reporter. | $32.00 | 12/1/2020 |
| Records Search | To file a requisition for and certifying the results of a search of court for judgments, decrees, other instruments, and suits pending. Fee is for each name searched. | $32.00 | 12/1/2020 |
| Registering a Foreign Judgment | To register a judgment from another district pursuant to 28 U.S.C. 1963. | $49.00 | 12/1/2020 |
| Retrieval from Federal Records Center | For retrieval of one box of records from the Federal Records Center, National Archives, or other storage location removed from the place of business of the Court, $64. For retrievals involving multiple boxes, $39 for each additional box. For electronic retrievals, $10 plus any charges assessed by the Federal Records Center, National Archives, or other storage location removed from the place of business of the courts. | $64.00 | 12/1/2016 |
| Returned Payments | For any payment paid into the Court which is returned or denied for insufficient funds. | $53.00 | 12/1/2016 |

Showing 1 to 20 of 20 entries