AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Raymond Padilla

                Plaintiff,

v.

Officer Robert Knickerbocker, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00066-KJD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT for Defendants Robert Knickerbocker and Daryl Reitz and against Plaintiff Raymond Padilla.

10/19/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ C. Torres  
Deputy Clerk